**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANZA PACIFIC 1 LLC; ANZA PACIFIC 2 LLC; and DOES 1 through 10, Inclusive, <br><br> Defendants. | Case No. CV 19-6824 PA (ASx) <br><br> JUDGMENT OF DISMISSAL |

In accordance with the Court's December 6, 2019 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 6, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE